**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| JOSHUA L. ALLEN | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 4:15CV00396-SWW-JJV |
| J. TRAYLAR, Deputy, | * |
| Saline County Sheriff's Office, *et al.* | * |
| | * |
| Defendants. | * |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Plaintiff may refile this federal action after his state criminal proceeding, including any appeal, is concluded.

2. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 16th day of July, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE