**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| JOSHUA L. ALLEN | \* |
| Plaintiff, | \* |
| v. | \* |
| | \* No. 4:15CV00396-SWW-JJV |
| J. TRAYLAR, Deputy, | \* |
| Saline County Sheriff's Office, *et al.* | \* |
| Defendants. | \* |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 16th day of July, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE