**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| JOSHUA L. ALLEN | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *    No. 4:15CV00396-SWW-JJV |
| J. TRAYLAR, Deputy, | * |
| Saline County Sheriff's Office, *et al.* | * |
| | * |
| Defendants. | * |

**ORDER**

Before the Court is plaintiff's motion for reconsideration in which he complains about the Court not having his correct address. Apparently, plaintiff received the Proposed Findings and Recommendations in the case before the Court because he filed objections. *See* ECF No. 8. After considering the record in the case, along with plaintiff's objections, the Court adopted the findings and recommendations and dismissed plaintiff's action. *See* ECF Nos. 9 and 10. Therefore, the Court denies plaintiff's motion for reconsideration [ECF No. 11].

DATED this 9th day of October, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE